978 So.2d 360 (2008)
STATE ex rel. Jerrod A. WILSON
v.
STATE of Louisiana.
No. 2007-KH-1458.
Supreme Court of Louisiana.
April 25, 2008.
In re Wilson, Jerrod A.;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson Davis, 31st Judicial District Court Div. 0, No. CR-325-91; to the Court of Appeal, Third Circuit, No. CW 07-00383.
Denied. Relator must first address his request to the records' custodians. R.S. 44:31; State ex rel. Shelton v. State, 00-1901 (La.9/14/01), 796 So.2d 672; State ex rel. McKnight v. State, 98-2258 (La.App. 1st Cir.12/3/98), 742 So.2d 894.